Prepared by State Reporter from Appeal Papers

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

OLIVE K. BURROWS, as Administratrix of the Estate of MARVIN A. BURROWS, Deceased, Respondent, *v.* LIVINGSTON-NIAGARA POWER COMPANY, Appellant.

*Negligence — electricity — death of workman through iron bar he was lowering from window of factory building coming in contact with uninsulated electric wire.*

*Burrows* v. *Livingston-Niagara Power Co.*, 217 App. Div. 206, affirmed.

(Argued December 2, 1926; decided December 31, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 13, 1926, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been sustained through the negligence of defendant. Intestate was killed while cleaning out a room in a factory where he was employed, through the coming in contact of an iron rod, which he was pushing out of a window, with an uninsulated high tension electric wire erected and maintained by defendant within from four to eight feet of the building.

*Paul Folger* and *Calin McLennan* for appellant.

*Arthur VD. Chamberlain* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.